Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:       (213) 929-5550
Facsimile:   (213) 955-5794
Email:       *jisaacs@ifcounsel.com*
             *jfriedberg@ifcounsel.com*

*Attorneys for Plaintiff Louis Loe*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS LOE,** | Case No. 2:21-cv-03348 |
| Plaintiff, | |
| vs. | **NOTICE OF RELATED CASES** |
| **UNITED STATES OF AMERICA;** **TRACY L. WILKISON,** in her official capacity only; **KRISTI KOONS JOHNSON,** in her official and individual capacities; and **DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10,** in their individual capacities, | **[Local Rule 83-1.3.1]** |
| Defendants. | |

1
**NOTICE OF RELATED CASES**

483987.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Louis Loe hereby provides notice of six related cases pursuant to Local Rule 83-1.3.1.

This case is related to a civil case pending in this district before United States District Judge Mark C. Scarsi, entitled *DOES 1-6 v. United States of America, et al.*, Case No. 2:21-cv-03254, filed on April 15, 2021. That case was assigned to Judge Scarsi as related to the criminal case pending before him, filed on March 9, 2021, entitled *United States of America v. U.S. Public Vaults, Inc.*, Case No. 2:21-cr-00196.

This case is also related to the following civil cases pending in this district before United States District Judge Gary R. Klausner:

(a) *John Doe v. United States of America, et al.*, Case No. 2:21-cv-02803, filed on March 31, 2021;

(b) *Richard Roe v. United States of America, et al.*, Case No. 2:21-cv-02919, filed on April 5, 2021;

(c) *Michael Moe v. United States of America, et al.*, Case No. 2:21-cv-02990, filed on April 6, 2021; and

(d) *Charles Coe. v. United States of America, et al.*, Case No. 2:21-cv-03019, filed on April 7, 2021.

This case is related to all of the above civil cases for the following reasons.

*First*, they all arise from the same or a closely related transaction, happening, or event. In particular, all cases involve plaintiffs who leased safe deposit boxes at U.S. Private Vaults ("**USPV**"), located at 9182 West Olympic Boulevard, Beverly Hills, California 90212; the government's unlawful seizure and search of those safe deposit boxes without probable cause, in violation of plaintiffs' Fourth Amendment rights; and the government's refusal to return the contents of plaintiffs' boxes unless they first disclose their identities to the government, so that the government can criminally investigate them, in violation of plaintiffs' Fifth

Amendment rights.

*Second,* all cases call for the determination of the same or substantially related or similar questions of law and fact. In particular, all cases require the determination of whether the government's seizure, search, inventorying and retention of the contents of plaintiffs' USPV safe deposit boxes was in violation of their Fourth and Fifth Amendment rights, and, if so, what relief is authorized and appropriate.

*Third*, because the United States is a defendant in all of these cases and they all seek some of the same relief, there would be a substantial duplication of labor if this case and either the case assigned to Judge Scarsi or the cases assigned to Judge Klausner were heard by different judges.

Respectfully submitted,

DATED: April 19, 2021

**ISAACS | FRIEDBERG LLP**

Jeffrey B. Isaacs, Esq.
Jerome H. Friedberg, Esq.
*Attorneys for Plaintiff Louis Loe*