1  Jeffrey B. Isaacs (SBN 117104)
   Jerome H. Friedberg (SBN 125663)
2  William Wargo (SBN 189987)
   **ISAACS | FRIEDBERG LLP**
3  555 South Flower Street, Suite 4250
   Los Angeles, California 90071
4  Phone:      (213) 929-5550
   Facsimile:  (213) 955-5794
5  Email:   jisaacs@ifcounsel.com
            jfriedberg@ifcounsel.com
6
   *Attorneys for Plaintiff Louis Loe*
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS LOE,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**UNITED STATES OF AMERICA;**<br>**TRACY L. WILKISON,**<br>　in her official capacity only;<br>**KRISTI KOONS JOHNSON**,<br>　in her official and individual<br>　capacities; and<br>**DOE UNIDENTIFIED FEDERAL**<br>**LAW ENFORCEMENT AGENTS**<br>**1-10,**<br>　in their individual capacities,<br><br>　　　　Defendants. | Case No. 2:21-cv-03348 RGK (MARx)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT TRACY WILKISON (BY CERTIFIED MAIL SERVICE)**<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed:　April 19, 2021 |

1

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT TRACY WILKISON (BY CERTIFIED MAIL SERVICE)**

484350.1

1.  I, Deanna Noe, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled case. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2.  Pursuant to Fed. R. Civ. P. 4, on April 28, 2021, I caused to be served a true copy of the following listed documents in the manner and on the party listed and described below:

**A.  List of Documents Served:**

1. Complaint For: (1) Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g); (2) Damages Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971); (3) Declaratory Relief; and (4) An Order Requiring Disclosure of Warrant and Receipt of Taken Property Pursuant to Federal Rule of Criminal Procedure 41(f) (Dkt. No. 1);

2. Civil Case Cover Sheet (Dkt. No. 2);

3. Request to Issue Civil Summons to Defendant United States of America (Dkt. No. 3);

4. Request to Issue Civil Summons to Defendant Tracy Wilkison (Dkt. No. 4);

5. Request to Issue Civil Summons to Defendant Kristi Koons Johnson (in her official and individual capacities) (Dkt. No. 5);

6. Certification and Notice of Interested Parties (Dkt. No. 6);

7. Notice of Related Case (Dkt. No. 7);

8. Notice of Assignment to United States Judges (Dkt. No. 8);

9. Notice to Parties of Court-Directed ADR Program (Dkt. No. 9);

10. Summons Issued (60 Days) – United States of America (Dkt. No. 10);

11. Summons Issued (60 Days) –Tracy Wilkison (Dkt. No. 11);

12. Summons Issued (60 Days) – Kristi Koons Johnson (official and individual capacities) (Dkt. No. 12); and

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT TRACY WILKISON (BY CERTIFIED MAIL SERVICE)**
484350.1

13. Order re Transfer Pursuant to General Order 21-01 (Related Cases) (Dkt. No. 13).

B. **Manner of Service**. I caused the documents listed in paragraph 2.A. above to be served via CERTIFIED MAIL by arranging to have our attorney service, First Legal, place a true copy thereof into a sealed envelope addressed to the party listed in paragraph 2.C. below, and personally depositing same with the U.S. Postal Service office located in Los Angeles, California, with postage thereon fully prepaid. First Legal provided an executed Proof of Service, which is attached hereto as **Exhibit A**.

C. **Party Served:** TRACY WILKISON (Official Capacity) – the documents listed in paragraph 2.A. above were enclosed into a sealed envelope and addressed as follows:

TRACY WILKISON
Civil Process Clerk
United States Attorney's Office
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 28, 2021, at Los Angeles, California.

_Deanna Noe_

# Exhibit A

| Attorney or Party without Attorney:<br>Jeffrey B. Isaacs, (SBN: 117104)<br>ISAACS \| FRIEDBERG LLP<br>555 South Flower Street, Suite 4250<br>Los Angeles, California, 90071<br>  Telephone No: 213-929-5550<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Central District of California |
|---|
| Plaintiff: LOUIS LOE,<br>Defendant: UNITED STATES OF AMERICA; et al., |

| PROOF OF SERVICE<br>By Certified Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:21-cv-03348 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SEE ATTACHED LIST OF DOCUMENTS

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified** mail with postage prepaid as follows:
   a. Certified Mail Receipt #: 7018 1130 0001 5960 3133
   b. Date of Mailing: Wed, Apr 28, 2021
   c. Place of Mailing: MONTEREY PARK, CA
   d. Addressed as follows: TRACY L. WILKISON, (Official Capacity)
      Civil Process Clerk
      United States Attorney's Office, Federal Building
      300 N. Los Angeles Street, Suite 7516, Los Angeles, CA 90012

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Apr 28, 2021 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Thomas Tilcock
   b. FIRST LEGAL
      2501 DAVIDSON DRIVE
      3RD FLOOR
      MONTEREY PARK, CA 91754
   c. (213) 250-1111

   d. *The Fee* for Service was:
   e. I am: Not A Registered California Process Server

6. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

04/28/2021

(Date)                              (Signature)



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>BY CERTIFIED MAIL | 5618205<br>(4642282) |
|---|---|---|

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

LOUIS LOE,

Vs.

UNITED STATES OF AMERICA; et al.

CASE NO.: 2:21-cv-03348

_____

1. Summons Issued (60 Days) –Tracy Wilkison
2. Complaint
3. Civil Case Cover Sheet
4. Request to Issue Civil Summons to Defendant United States of America
5. Request to Issue Civil Summons to Defendant Tracy Wilkison
6. Request to Issue Civil Summons to Defendant Kristi Koons Johnson (in her official and individual capacities)
7. Certification and Notice of Interested Parties
8. Notice of Related Case
9. Notice of Assignment to Hon. John F. Walter
10. Notice to Parties of Court-Directed ADR Program
11. Summons Issued (60 Days) – United States of America
12. Summons Issued (60 Days) – Kristi Koons Johnson (official and individual capacities)
13. Order Transferring Case to Hon. Gary Klausner