BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division
RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
    U.S. DEPARTMENT OF JUSTICE
    Ben Franklin Station
    P.O. Box 7146
    Washington, D.C. 20044-7146
    (202) 598-3888 (phone)
    (202) 616-4314 (fax)
    joseph.a.gonzalez@usdoj.gov

Attorneys for Defendant
KRISTI KOONS JOHNSON in her individual capacity

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL AND INDIVIDUAL CAPACITY), and JOHN DOES 1-10<br><br>       Defendants. | Case No. 2:21-cv-3348-RGK-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>[Local Rule 8-3]<br><br>Complaint Served:<br>  April 28, 2021<br>Current response date:<br>  June 28, 2021<br>New response date:<br>  July 2, 2021<br><br>Courtroom: 850, the Honorable<br>        R. Gary Klausner |

    Pursuant to Local Rule 8-3, plaintiff Louis Loe and Defendant Kristi Koons Johnson in her individual capacity only hereby stipulate and agree to extend the time for Defendant to respond to the initial complaint served in this action. The complaint was served on or about April 28, 2021 and the Defendant's response thereto is due sixty days

1

thereafter on or about June 28, 2021 pursuant to Fed. R. Civ. P. 12(a)(2). The Parties by this stipulation agree to hereby extend the time for five days from June 28, 2021 to July 2, 2021, for the Defendant to file an answer or other responsive document to the complaint.

Dated: June 18, 2021          Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

/s/ *Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044-7146
(202) 598-3888 (phone)
(202) 616-4314 (fax)
joseph.a.gonzalez@usdoj.gov

Attorneys for Defendant KRISTI KOONS JOHNSON in her individual capacity


ISSACS FRIEDBERG LLP

/s/ *WILLIAM WARGO*
JEFFREY ISSACS
WILLIAM WARGO

Attorneys for Plaintiff
LOUIS LOE