TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
           Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL., <br><br> Defendants. | Case No. 2:21-cv-03348-RGK-MAR <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** <br><br> [Local Rule 8-3] <br><br> Complaint Served: <br>    May 17, 2021 <br> Current response date: <br>    June 21, 2021 <br> New response date: <br>    July 2, 2021 |

     Pursuant to Local Rule 8-3, plaintiff Louis Loe and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "the government") hereby stipulate and agree to extend the time for the government to respond to the initial complaint served in this action.

The complaint was served on or about April 22, 2021 and the government response thereto is due sixty days thereafter on or about June 21, 2021 pursuant to Fed. R. Civ. P. 12(a)(2).  The parties by this stipulation agree to hereby extend the time for two weeks, from June 21, 2021 to July 2, 2021, for the government to file an answer or other responsive document to the complaint.

Dated: June 17, 2021

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS
JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

Dated: June 17, 2021

ISSACS FRIEDBERG LLP

_____/s/_____
JEFFREY ISSACS
WILLIAM WARGO

Attorneys for Plaintiff
LOUIS LOE