TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
        1100/1400/1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0102/2569/1785
        Facsimile: (213) 894-6269/0142/0141
        E-mail: Andrew.Brown@usdoj.gov
                Victor.Rodgers@usdoj.gov
                Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>          Plaintiff,<br><br>               v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>          Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**DEFENDANTS UNITED STATES OF AMERICA AND TRACY L. WILKISON AND KRISTI KOONS JOHNSON IN THEIR OFFICIAL CAPACITY ONLY AND PLAINTIFF LOUIS LOE'S STIPULATION SETTING A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND FOR THE SUSPENSION OF THE FILING OF OTHER MOTIONS BY PLAINTIFF; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER** |

        Plaintiff Louis Loe and defendants United States of America and

Tracy L. Wilkison and Kristi Koons Johnson in their official capacity

only (collectively, the government) hereby stipulate and agree, by

their respective counsel, as follows:

1    The government intends to file a Fed. R. Civ. P. 12 motion to

2  dismiss the complaint.  The government's response to the complaint is

3  due July 2, 2021.  The parties hereto wish to enter into a briefing

4  schedule that provides them sufficient time to brief the complex

5  issues that will be raised in the government's motion to dismiss and

6  request that the Court enter an order with the following briefing

7  schedule:

8    1.   The government shall file its motion to dismiss by Friday,

9  July 2, 2021.

10    2.   Plaintiff Louis Loe shall file his opposition by Monday,

11  July 26, 2021.

12    3.   The government shall file its reply brief, if any, by

13  August 11, 2021.

14    4.   The government shall notice the hearing for August 23,

15  2021, which is fourteen days before the August 11, 2021 hearing date

16  that the government will designate for hearing in its motion and

17  therefore in compliance with Local Rule 7-10).  However, the Court

18  will set the matter for hearing on August 11, 2021 or any day

19  thereafter as the Court deems appropriate.  The parties will

20  nevertheless adhere to the dates set forth above for the filing of

21  opposition and reply briefs.

22    5.   Plaintiff agrees that plaintiff shall not file any motion

23  for return of property pursuant to Fed. R. Crim. P. 41(g) or any

24  other authority against the defendants, or any of them, prior to

25  August 11, 2021.

26  / / /

27  / / /

28  / / /

1    The parties further note that plaintiff and the remaining

2  defendant (i.e., Kristi Koons Johnson in her individual capacity only

3  "Individual Defendant Johnson") will be filing a similar stipulation

4  providing for the same dates relative to the motion to dismiss that

5  Individual Defendant Johnson to file as to the causes of action in

6  the complaint that are only asserted against her.  A separate section

7  of the Department of Justice is handling the case against Individual

8  Defendant Johnson, which therefore requires that a separate

9  stipulation and order be entered as to her.  As set forth above, the

10  instant stipulation is being filed on behalf of defendants United

11  States and the individual defendants in their official capacity only.

12  Dated: June 21, 2021          TRACY L. WILKISON
                                   Acting United States Attorney
13                                 SCOTT M. GARRINGER
                                   Assistant United States Attorney
14                                 Chief, Criminal Division

15
                                            /s/
16                                 _____
                                   ANDREW BROWN
17                                 VICTOR A. RODGERS
                                   MAXWELL COLL
18                                 Assistant United States Attorneys

19                                 Attorneys for Defendants
                                   UNITED STATES OF AMERICA and
20                                 TRACY L. WILKISON and KRISTI KOONS
                                   JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

21
                                   ISSACS FRIEDBERG LLP
22  Dated: June 21, 2021

23                                          /s/
                                   _____
24                                 JEFFREY ISSACS
                                   WILLIAM WARGO
25
                                   Attorneys for Plaintiff
26                                 LOUIS LOE

27

28

                                       3