1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11

LOUIS LOE,                        Case No. 2:21-cv-033348-RGK-MAR

12                                **[PROPOSED] ORDER SETTING A
          Plaintiff,              BRIEFING SCHEDULE FOR
13                                DEFENDANTS UNITED STATES OF
              v.                  AMERICA AND TRACY L. WILKISON
14                                AND KRISTI KOONS JOHNSON IN
UNITED STATES OF AMERICA, ET      THEIR OFFICIAL CAPACITY ONLY'S
15 AL.,                           MOTION TO DISMISS AND FOR THE
                                  SUSPENSION OF THE FILING OF
16        Defendants.             OTHER MOTIONS BY PLAINTIFF**

17

18

19

20

21

22      Pursuant to the stipulation between plaintiff Louis Loe

23 "plaintiff") and defendants United States of America and Tracy

24 L. Wilkison and Kristi Koons Johnson in their official capacity

25 only (collectively, "the government") for a briefing schedule

26 for the government's motion to dismiss and for the suspension of

27

28

                              1

the filing of other motions by plaintiff, and good cause

therefor, IT IS HEREBY ORDERED:

    1.   The government shall file its motion to dismiss by

Friday, July 2, 2021.

    2.   Plaintiff shall file his opposition by Monday, July 26,

2021.

    3.   The government shall file its reply brief, if any, by

August 11, 2021.

    4.   The government shall notice the hearing for August 23,

2021.  However, the Court will set the matter for hearing on

August 23, 2021 or any day thereafter as the Court deems

appropriate.  The parties will nevertheless adhere to the dates

set forth above for the filing of opposition and reply briefs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

5.   Plaintiff agrees that plaintiff shall not file any motion pursuant to Fed. R. Crim. P. 41(g) or any other authority against the defendants, or any of them, prior to August 11, 2021.

Dated: _____        _____
                                     THE HONORABLE R. GARY KLAUSNER
                                     UNITED STATES DISTRICT JUDGE


Presented By:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS
JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

3