```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
     1100/1400/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102/2569/1785
     Facsimile: (213) 894-6269/0142/0141
     E-mail:  Andrew.Brown@usdoj.gov
              Victor.Rodgers@usdoj.gov
              Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>        Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**NOTICE OF WITHDRAWAL OF STIPULATION SETTING A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND FOR THE SUSPENSION OF THE FILING OF OTHER MOTIONS BY PLAINTIFF [DOCKET No. 23]** |

    Plaintiff Louis Loe and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, the government) hereby withdraw the stipulation Setting A Briefing Schedule For Defendants' Motion To Dismiss And For

The Suspension Of The Filing Of Other Motions By Plaintiff filed on June 21, 2021.  [Docket No. 23]

Dated: June 21, 2021          TRACY L. WILKISON
                              Acting United States Attorney
                              SCOTT M. GARRINGER
                              Assistant United States Attorney
                              Chief, Criminal Division


                                     _____/s/_____
                              ANDREW BROWN
                              VICTOR A. RODGERS
                              MAXWELL COLL
                              Assistant United States Attorneys

                              Attorneys for Defendants
                              UNITED STATES OF AMERICA and
                              TRACY L. WILKISON and KRISTI KOONS
                              JOHNSON IN THEIR OFFICIAL CAPACITY ONLY


Dated: June 21, 2021          ISSACS FRIEDBERG LLP


                                     _____/s/_____
                              JEFFREY ISSACS
                              WILLIAM WARGO

                              Attorneys for Plaintiff
                              LOUIS LOE

2