TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
           Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA, <u>ET AL.</u>,<br><br>       Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**DEFENDANTS UNITED STATES OF AMERICA AND TRACY L. WILKISON AND KRISTI KOONS JOHNSON IN THEIR OFFICIAL CAPACITY ONLY AND PLAINTIFF LOUIS LOE'S CORRECTED[1] STIPULATION SETTING A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND FOR THE SUSPENSION OF THE FILING OF OTHER MOTIONS BY PLAINTIFF; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER** |

---

[1] The parties are withdrawing the stipulation filed June 21, 2021 as Docket No. 23. This stipulation corrects an error in the dates in the stipulation and proposed order.

Plaintiff Louis Loe and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, the government) hereby stipulate and agree, by their respective counsel, as follows:

The government intends to file a Fed. R. Civ. P. 12 motion to dismiss the complaint. The government's response to the complaint is due July 2, 2021. The parties hereto wish to enter into a briefing schedule that provides them sufficient time to brief the complex issues that will be raised in the government's motion to dismiss and request that the Court enter an order with the following briefing schedule:

1. The government shall file its motion to dismiss by Friday, July 2, 2021.

2. Plaintiff Louis Loe shall file his opposition by Monday, July 26, 2021.

3. The government shall file its reply brief, if any, by August 9, 2021.

4. The government shall notice the hearing for August 23, 2021, which is fourteen days after the August 9, 2021 date by which the government will file a reply and therefore is in compliance with Local Rule 7-10. However, the Court will set the matter for hearing on August 23, 2021 or any day thereafter as the Court deems appropriate. The parties will nevertheless adhere to the dates set forth above for the filing of opposition and reply briefs.

5. Plaintiff agrees that plaintiff shall not file any motion for return of property pursuant to Fed. R. Crim. P. 41(g) or any other authority against the defendants, or any of them, prior to August 9, 2021.

The parties further note that plaintiff and the remaining defendant (i.e., Kristi Koons Johnson in her individual capacity only "Individual Defendant Johnson") will be filing a similar stipulation providing for the same dates relative to the motion to dismiss that Individual Defendant Johnson to file as to the causes of action in the complaint that are only asserted against her.  A separate section of the Department of Justice is handling the case against Individual Defendant Johnson, which therefore requires that a separate stipulation and order be entered as to her.  As set forth above, the instant stipulation is being filed on behalf of defendants United States and the individual defendants in their official capacity only.

Dated: June 21, 2021              TRACY L. WILKISON
                                  Acting United States Attorney
                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                         /s/
                                  ANDREW BROWN
                                  VICTOR A. RODGERS
                                  MAXWELL COLL
                                  Assistant United States Attorneys

                                  Attorneys for Defendants
                                  UNITED STATES OF AMERICA and
                                  TRACY L. WILKISON and KRISTI KOONS
                                  JOHNSON IN THEIR OFFICIAL CAPACITY ONLY


Dated: June 21, 2021              ISSACS FRIEDBERG LLP


                                         /s/
                                  JEFFREY ISSACS
                                  WILLIAM WARGO

                                  Attorneys for Plaintiff
                                  LOUIS LOE