1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9               FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                        WESTERN DIVISION
11
   LOUIS LOE,                          Case No. 2:21-cv-033348-RGK-MAR
12
            Plaintiff,                 **[PROPOSED] ORDER SETTING A
13                                     BRIEFING SCHEDULE FOR
                 v.                    DEFENDANTS UNITED STATES OF
14                                     AMERICA AND TRACY L. WILKISON
   UNITED STATES OF AMERICA, ET        AND KRISTI KOONS JOHNSON IN
15 AL.,                                THEIR OFFICIAL CAPACITY ONLY'S
                                       MOTION TO DISMISS AND FOR THE
16          Defendants.                SUSPENSION OF THE FILING OF
                                       OTHER MOTIONS BY PLAINTIFF**
17
18
19
20
21
22      Pursuant to the stipulation between plaintiff Louis Loe
23 "plaintiff") and defendants United States of America and Tracy
24 L. Wilkison and Kristi Koons Johnson in their official capacity
25 only (collectively, "the government") for a briefing schedule
26 for the government's motion to dismiss and for the suspension of
27
28
                               1

the filing of other motions by plaintiff, and good cause

therefor, IT IS HEREBY ORDERED:

    1.   The government shall file its motion to dismiss by
Friday, July 2, 2021.

    2.   Plaintiff shall file his opposition by Monday, July 26,
2021.

    3.   The government shall file its reply brief, if any, by
August 9, 2021.

    4.   The government shall notice the hearing for August 23,
2021.  However, the Court will set the matter for hearing on
August 23, 2021 or any day thereafter as the Court deems
appropriate.  The parties will nevertheless adhere to the dates
set forth above for the filing of opposition and reply briefs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

        5.   Plaintiff agrees that plaintiff shall not file any

motion pursuant to Fed. R. Crim. P. 41(g) or any other authority

against the defendants, or any of them, prior to August 9, 2021.

Dated: _____        _____

                                      THE HONORABLE R. GARY KLAUSNER
                                      UNITED STATES DISTRICT JUDGE


Presented By:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


            /s/
_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS
JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

3