1  BRIAN M. BOYNTON
   Acting Assistant Attorney General, Civil Division
2  C. SALVATORE D'ALESSIO, JR.
   Acting Director, Torts Branch, Civil Division
3  RICHARD MONTAGUE
   Senior Trial Counsel, Torts Branch, Civil Division
4  JOSEPH A. GONZALEZ
   Trial Attorney, Torts Branch, Civil Division
5       U.S. DEPARTMENT OF JUSTICE
        Ben Franklin Station
6       P.O. Box 7146
        Washington, D.C. 20044-7146
7       (202) 598-3888 (phone)
        (202) 616-4314 (fax)
8       joseph.a.gonzalez@usdoj.gov

9  Attorneys for Defendant
   KRISTI KOONS JOHNSON in her individual capacity

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL AND INDIVIDUAL CAPACITY), and JOHN DOES 1-10 <br><br> Defendants. | Case No. 2:21-cv-3348-RGK-MAR <br><br> **DEFENDANT KRISTI KOONS JOHNSON (INDIVIDUAL CAPACITY) AND PLAINTIFF'S JOINT STIPULATION OF BRIEFING SCHEDULE FOR MOTION TO DISMISS AND [PROPOSED] ORDER** <br><br><br> Courtroom: 850, the Honorable <br> R. Gary Klausner |

1

Plaintiff Louis Loe and Defendant Kristi Koons Johnson in her individual capacity only hereby stipulate and agree, by their respective counsel, as follows:

Defendant intends to file a Fed. R. Civ. P. 12 motion to dismiss the complaint. Currently, the Defendant's response to the Complaint is July 2. The parties hereto wish to enter into a briefing schedule that provides them sufficient time to brief the complex issues that will be raised in the government's motion to dismiss and request that the Court enter an order with the following briefing schedule:

1. Defendant shall file her motion to dismiss by Friday, July 2, 2021.

2. Plaintiff Louis Loe shall file his opposition by Monday, July 26, 2021.

3. Defendant shall file her reply brief by August 9, 2021.

4. Defendant shall notice the hearing for August 23, 2021, which is fourteen days after the August 9, 2021 date by which Defendant will file a reply and therefore is in compliance with Local Rule 7-10.

Dated: June 21, 2021               Respectfully submitted,

                                   BRIAN M. BOYNTON
                                   Acting Assistant Attorney General,
                                   Civil Division

                                   C. SALVATORE D'ALESSIO, JR.
                                   Acting Director, Torts Branch, Civil
                                   Division

                                   RICHARD MONTAGUE
                                   Senior Trial Counsel, Torts Branch,
                                   Civil Division

                                   /s/ *Joseph A. Gonzalez*
                                   JOSEPH A. GONZALEZ
                                   Trial Attorney, Torts Branch, Civil

|   |   |
|---|---|
| 1 | Division |
|   | U.S. DEPARTMENT OF JUSTICE |
| 2 | Ben Franklin Station |
|   | P.O. Box 7146 |
| 3 | Washington, D.C. 20044-7146 |
|   | (202) 598-3888 (phone) |
| 4 | (202) 616-4314 (fax) |
|   | joseph.a.gonzalez@usdoj.gov |

Attorneys for Defendant KRISTI KOONS JOHNSON in her individual capacity

ISSACS FRIEDBERG LLP

/s/ *WILLIAM WARGO*
JEFFREY ISSACS
WILLIAM WARGO

Attorneys for Plaintiff
LOUIS LOE

2