UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL AND INDIVIDUAL CAPACITY), and JOHN DOES 1-10<br><br>    Defendants. | Case No. 2:21-cv-3348-RGK-MAR<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS FOR DEFENDANT KRISTI KOONS JOHNSON IN HER INIDIVIDUAL CAPACITY**<br><br>Courtroom: 850, the Honorable R. Gary Klausner |

Pursuant to the stipulation between Plaintiff Louis Loe and Defendant Kristi Koons Johnson in her individual capacity, and good cause appearing therefor, IT IS HEREBY ORDERED that the following briefing schedule for Defendant Johnson's forthcoming Motion to Dismiss is as follows:

    1.   Defendant shall file her motion to dismiss by Friday, July 2, 2021.

    2.   Plaintiff Louis Loe shall file his opposition by Monday, July 26, 2021.

    3.   Defendant shall file her reply brief by Monday, August 9, 2021.

    4.   Defendant shall notice the hearing for Monday, August 23, 2021.

Dated: _____    _____
                                               THE HONORABLE R. GARY KLAUSNER
                                               UNITED STATES DISTRICT JUDGE

Presented By:

BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

/s/ *Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division

Attorneys for Defendant KRISTI KOONS JOHNSON in her individual capacity