**DECLARATION OF SUPERVISORY SPECIAL AGENT JESSIE MURRAY**

I, Supervisory Special Agent Jessie Murray, declare as follows:

1. I am a Supervisory Special Agent with the FBI.

2. On May 20, 2021, the FBI initiated administrative forfeiture proceedings as to particular identified boxes' contents, including boxes containing currency like box number 2300 plus boxes housing other assets, by sending a written notice to U.S. Private Vaults and other persons the FBI could identify as having a potential interest in particular boxes. The notice advised of the FBI's commencement of the administrative forfeiture proceedings for specific boxes' contents and sets forth how interested persons can submit a petition for remission or claim thereto. Attached hereto as Exhibit A is a true and correct redacted copy of pages 1, 2, 3 and 9 of the 18-page notice of seizure of property and initiation of administrative forfeiture proceedings sent by the FBI on May 20, 2021 to U.S. Private Vaults. The last page of Exhibit A (i.e., page 9 of the notice) reflects the $250,100 in U.S. currency seized from box number 2300 and identified as Asset ID No. 21-FBI-003307.

3. On or about June 17, 2021, the FBI received a claim to contest the administrative forfeiture of the contents of Asset ID No. 21-FBI-003307. In the claim, the claimant identified herself by her true name and as the lessee and owner of the contents of box number 2300.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on July 1, 2021.

*/s/ Jessie Murray*
SSA JESSIE MURRAY