UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, <u>ET AL.</u>,<br><br>        Defendants. | No. 2:21-cv-03348-RGK-MAR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS UNITED STATES OF AMERICA, TRACY L. WILKISON (OFFICIAL CAPACITY) AND KRISTI KOONS JOHNSON (OFFICIAL CAPACITY)'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6) |

This motion of Defendants United States of America, Tracy L. Wilkison (Official Capacity) and Kristi Koons Johnson (Official Capacity) (collectively, "the government") to Dismiss the Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) came on regularly for hearing before this Court on August 23, 2021.  The Court, having considered the papers submitted by the parties, arguments of counsel and all other matters presented to the Court in connection with the motion,

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the government's
2  motion is granted.  Plaintiff's complaint is dismissed.
3
4  Dated: _____                  _____
5                                            THE HONORABLE R. GARY KLAUSNER
                                             UNITED STATES DISTRICT JUDGE
6  PRESENTED BY:
7  TRACY L. WILKISON
   Acting United States Attorney
8  SCOTT M. GARRINGER
   Assistant United States Attorney
9  Chief, Criminal Division
10        /s/
   _____
11 ANDREW BROWN
   VICTOR A. RODGERS
12 MAXWELL COLL
   Assistant United States Attorneys
13 Attorneys for Defendants
   UNITED STATES OF AMERICA, et al.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2