# DECLARATION OF DOJ ATTORNEY JOSEPH A. GONZALEZ

I, Joseph A. Gonzalez, declare as follows:

1. I am one of the DOJ attorneys representing defendant Kristi Koons Johnson in her individual capacity only in this action.

2. On June 14, 2021, I held a Local Rule 7-3 Conference of Counsel with plaintiff's counsel William Wargo, Esq. regarding the defendant Johnson's motion to dismiss. We were unable to resolve our differences.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Washington, D.C. on July 2, 2021.

 /s/
 Joseph A. Gonzalez