TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail:  Andrew.Brown@usdoj.gov
           Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**DEFENDANTS AND PLAINTIFF LOUIS LOE'S STIPULATION TO EXTEND FROM JULY 22, 2021 TO AUGUST 9, 2021 THE TIME FOR DEFENDANTS TO REPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FILED JULY 8, 2021; [PROPOSED] ORDER EXTENDING FROM JULY 22, 2021 TO AUGUST 9, 2021 DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FILED JULY 8, 2021 LODGED UNDER SEPARATE COVER** |

    Plaintiff Louis Loe ("plaintiff"), on the one hand, and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA") and defendant Kristi Koons Johnson in her individual

capacity ("Defendant Koons Johnson"), on the other hand, hereby stipulate and agree, by their respective counsel, as follows:

Plaintiff filed a complaint on April 9, 2021 (docket no. 1), Defendant USA and Defendant Koons Johnson filed Fed. R. Civ. P. 12 motions to dismiss the complaint on July 2, 2021 (docket no. 27), and Plaintiff filed a first amended complaint on July 8, 2021 (docket no. 30), which rendered the motions to dismiss moot (docket no. 31). The due date for Defendant USA and Defendant Koons Johnson (collectively, "the Defendants") to respond to the First Amended Complaint is July 22, 2021. Defendants state they need additional time to analyze the complex issues raised by the first amended complaint and to prepare the Fed. R. Civ. P. 12 motions Defendants intend to file with respect thereto and Plaintiff is willing to extend the deadline from July 22, 2021 to August 9, 2021 for the Defendants to respond to the first amended complaint. Accordingly, the parties respectfully request that the Court enter the proposed order, attached hereto, extending the deadline from July 22, 2021 to August 9, 2021.

Dated: July 15, 2021          Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS
JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

| | | |
|---|---|---|
| 1 | Dated: July 15, 2021 | BRIAN M. BOYNTON |
| 2 | | Acting Assistant Attorney General, Civil Division |
| 3 | | C. SALVATORE D'ALESSIO, JR. |
| 4 | | Acting Director, Torts Branch, Civil Division |
| 5 | | RICHARD MONTAGUE |
| 6 | | Senior Trial Counsel, Torts Branch, Civil Division |

                                    /s/
                         ─────────────────────────────
                         JOSEPH A. GONZALEZ
                         Trial Attorney, Torts Branch, Civil
                         Division
                         U.S. DEPARTMENT OF JUSTICE
                         Ben Franklin Station
                         P.O. Box 7146
                         Washington, D.C. 20044-714
                         (202) 598-3888 (phone)
                         (202) 616-4314 (fax)
                         joseph.a.gonzalez&usdoj.gov

                         Attorneys for Defendant
                         KRISTI KOONS JOHNSON IN HER INDIVIDUAL
                         CAPACITY

Dated: July 15, 2021      ISSACS FRIEDBERG LLP

                                    /s/
                         ─────────────────────────────
                         JEFFREY ISSACS
                         WILLIAM WARGO

                         Attorneys for Plaintiff
                         LOUIS LOE

3