TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
          Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**DEFENDANTS AND PLAINTIFF LOUIS LOE'S STIPULATION TO EXTEND TO AUGUST 16, 2021 THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FILED JULY 8, 2021; [PROPOSED] ORDER EXTENDING TO AUGUST 16, 2021 DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FILED JULY 8, 2021 LODGED UNDER SEPARATE COVER** |

      Plaintiff Louis Loe ("plaintiff"), on the one hand, and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA") and defendant Kristi Koons Johnson in her individual

1  capacity ("Defendant Koons Johnson"), on the other hand, hereby
2  stipulate and agree, by their respective counsel, as follows:
3      Plaintiff filed a complaint on April 9, 2021 (docket no. 1),
4  Defendant USA and Defendant Koons Johnson filed Fed. R. Civ. P. 12
5  motions to dismiss the complaint on July 2, 2021 (docket no. 27), and
6  Plaintiff filed a first amended complaint on July 8, 2021 (docket no.
7  30), which rendered the motions to dismiss moot (docket no. 31).  The
8  parties filed one previous extension, to extend the due date for
9  Defendant USA and Defendant Koons Johnson (collectively, "the
10 Defendants") to respond to the First Amended Complaint to August 9,
11 2021 (docket nos. 25 and 26).
12     A stipulation to unseal the search and seizure warrant
13 affidavits pertaining to the March 2021 search at US Private Vaults
14 was filed August 2, 2021 in the criminal case against US Private
15 Vaults.  As a result, plaintiff will need additional time to
16 determine whether to file a second amended complaint, which would
17 render the Fed. R. Civ. P. 12 motions to dismiss that the government
18 intends to file moot.  In addition, should plaintiff decide not to
19 file a Second Amended Complaint, the government will need additional
20 time to respond to the First Amended Complaint in light of the new
21 information set forth in the affidavits.  Accordingly, the parties
22 respectfully request the Court enter the proposed order, attached
23 hereto, providing for a one week extension, from August 9, 2016 to
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

August 16, 2021, for the Defendants to respond to the first amended complaint.

Dated: August 3, 2021           Respectfully submitted,

                                TRACY L. WILKISON
                                Acting United States Attorney
                                SCOTT M. GARRINGER
                                Assistant United States Attorney
                                Chief, Criminal Division


                                        /s/
                                ─────────────────────────────
                                ANDREW BROWN
                                VICTOR A. RODGERS
                                MAXWELL COLL
                                Assistant United States Attorneys

                                Attorneys for Defendants
                                UNITED STATES OF AMERICA and
                                TRACY L. WILKISON and KRISTI KOONS
                                JOHNSON IN THEIR OFFICIAL CAPACITY ONLY


Dated: August 3, 2021           BRIAN M. BOYNTON
                                Acting Assistant Attorney General,
                                Civil Division

                                C. SALVATORE D'ALESSIO, JR.
                                Acting Director, Torts Branch, Civil
                                Division

                                RICHARD MONTAGUE
                                Senior Trial Counsel, Torts Branch,
                                Civil Division


                                        /s/
                                ─────────────────────────────
                                JOSEPH A. GONZALEZ
                                Trial Attorney, Torts Branch, Civil
                                Division
                                U.S. DEPARTMENT OF JUSTICE
                                Ben Franklin Station
                                P.O. Box 7146
                                Washington, D.C. 20044-714
                                (202) 598-3888 (phone)
                                (202) 616-4314 (fax)
                                joseph.a.gonzalez&usdoj.gov

                                Attorneys for Defendant
                                KRISTI KOONS JOHNSON IN HER INDIVIDUAL
                                CAPACITY

3

| | | |
|---|---|---|
| 1 | Dated: August 3, 2021 | ISSACS FRIEDBERG LLP |

```
                                        /s/
                              _____
                              JEFFREY ISSACS
                              WILLIAM WARGO

                              Attorneys for Plaintiff
                              LOUIS LOE
```