UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>　　　　Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**[PROPOSED] ORDER EXTENDING TO AUGUST 16, 2021 DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FILED JULY 8, 2021** |

　　　Pursuant to the stipulation between plaintiff Louis Loe "plaintiff"), on the one hand, and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA") and defendant Kristi Koons Johnson in her individual capacity ("Defendant Koons Johnson"), on the other hand, and good cause

1

appearing therefor, IT IS HEREBY ORDERED that Defendant USA and Defendant Koons Johnson's time to respond to plaintiff's first amended complaint filed July 8, 2021 is hereby extended to August 16, 2021.

Dated: _____    _____
                                   THE HONORABLE R. GARY KLAUSNER
                                   UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


         /s/
_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS
JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

2