Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:     (213) 929-5550
Facsimile:   (213) 955-5794
Email:     *jisaacs@ifcounsel.com*
           *jfriedberg@ifcounsel.com*

*Attorneys for Plaintiff Louis Loe*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS LOE,** | Case No. 2:21-cv-03348 RGK (MAR) |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT JESSIE MURRAY (BY CERTIFIED MAIL SERVICE)** |
| **UNITED STATES OF AMERICA,** et al., | |
| Defendants. | Assigned to Hon. R. Gary Klausner |
| | Complaint Filed:     April 19, 2021 |

1.     I, Deanna Noe, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled case.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2.     Pursuant to agreement of Joseph Gonzalez, Trial Attorney at United States Department of Justice, who is accepting service on behalf of Ms. Murray, on July 30, 2021, I caused to be served a true copy of the following listed documents in the manner and on the party listed and described below:

**A.     List of Documents Served:**

    1.     First Amended Complaint For: (1) Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g); (2) Damages Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971); (3) Declaratory Relief; and (4) Order Requiring Disclosure of Supporting Affidavit and Inventory (Dkt. No. 30); and

    2.     Summons Issued (60 Days) – Jessie Murray (Dkt. No. 35).

**B.     Manner of Service**.  I caused the documents listed in paragraph 2.A. above to be served via UNITED STATES POSTAL SERVICE CERTIFIED MAIL by arranging to have our attorney service, First Legal, place a true copy thereof into a sealed envelope addressed to the party listed in paragraph 2.C. below, and personally depositing same with the U.S. Postal Service office located in Los Angeles, California, with postage thereon fully prepaid.  First Legal provided an executed Proof of Service, which is attached hereto as **Exhibit A**.

**C.     Party Served:**  JESSIE MURRAY (in her Individual Capacity Only) – the documents listed in paragraph 2.A. above were enclosed into a sealed envelope and addressed as follows:

Jessie Murray (in her individual capacity only)
c/o Joseph A. Gonzalez, Trial Attorney
Constitutional & Specialized Torts Litigation, Civil Division
U.S. Department of Justice, Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044

2

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT
JESSIE MURRAY (BY CERTIFIED MAIL SERVICE)**

1    I declare under penalty of perjury under the laws of the State of California

2  that the foregoing is true and correct.  Executed on August 9, 2021, at Los Angeles,

3  California.

4

5

6  _____

7  Deanna Noe

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT**
**JESSIE MURRAY (BY CERTIFIED MAIL SERVICE)**

# Exhibit A

| Attorney or Party without Attorney:<br>Jerome H. Friedberg (#125663)<br>ISAACS \| FRIEDBERG LLP<br>555 South Flower Street, Suite 4250<br>Los Angeles, California, 90071<br>  Telephone No:  213-929-5550 | | *For Court Use Only* |
|---|---|---|
| Attorney For:  Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Central District Of California | | |
| *Plaintiff:*  LOUIS LOE<br>*Defendant:*  UNITED STATES OF AMERICA; ET AL | | |

| PROOF OF SERVICE<br>By Certified Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:21-cv-03348-RGK-MAR |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Summons in a Civil Action on First Amended Complaint; First Amended Complaint

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified** mail with postage prepaid as follows:
    a. Certified Mail Receipt #: 7020 3160 0001 2128 3325
    b. Date of Mailing: Fri, Jul 30, 2021
    c. Place of Mailing: MONTEREY PARK, CA
    d. Addressed as follows: Jessie Murray (in her individual capacity only), c/o Joseph A. Gonzalez, Trial Attorney
            P.O. BOX 7146, Washington , DC 20044

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Jul 30, 2021 in the ordinary course of business.*

    **b. Witness Fees:** $15.00                    Recoverable cost Per CCP 1033.5(a)(4)(B)

5.  **Person Serving:**
    a. Thomas Tilcock                           **d.** *The Fee* for Service was: $55.70
    **b. FIRST LEGAL**                          **e.** I am: A Registered California Process Server
       2501 DAVIDSON DRIVE
       3RD FLOOR
       MONTEREY PARK, CA 91754
    c. (213) 250-1111

6.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

_____08/04/2021_____      _____
*(Date)*                                           *(Signature)*
