TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
         Victor.Rodgers@usdoj.gov
         Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>        Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**DEFENDANTS AND PLAINTIFF LOUIS LOE'S STIPULATION TO FILE A SECOND AMENDED COMPLAINT AND TO SET A BRIEFING SCHEDULE; [PROPOSED] ORDER LODGED UNDER SEPARATE COVER** |

    Plaintiff Louis Loe and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively "Defendant USA"), defendant Kristi Koons Johnson in her individual capacity, and defendants Justin Palmerton, Kathryn

E. Baily Dress, Dezmond Beverly, and Jessie Murray (collectively "Special Agent Defendants") in their individual capacities, hereby stipulate and agree, by their respective counsel, as follows:

Plaintiff filed a complaint on April 9, 2021 (docket no. 1), Defendant USA and Defendant Koons Johnson filed Fed. R. Civ. P. 12 motions to dismiss the complaint on July 2, 2021 (docket no. 27), and Plaintiff filed a first amended complaint on July 8, 2021 (docket no. 30), which rendered the motions to dismiss moot (docket no. 31). The parties then filed a stipulation for an extension, to extend the due date for Defendant USA and Defendant Koons Johnson to respond to the First Amended Complaint to August 9, 2021 (docket nos. 25 and 26). The parties then filed for and were granted another brief extension that set the complaint response date for August 16. The point of this extension was to allow the parties time to evaluate how unsealing the search and seizure warrant affidavits at the heart of this case would bear upon the complaint and upcoming motions.

The warrant was unsealed on August 5, 2021 and as a result Plaintiff has determined that he will seek to amend his complaint. The parties have discussed the matter and believe that it would be most efficient for Plaintiff to simply file a Second Amended Complaint before the defendants respond to the First Amended Complaint. Additionally, the parties have agreed upon a proposed briefing schedule, which the parties will also seek in the related case *John Joe v. United States, et al.* 2:21-cv-04366. This will streamline the proceedings for both cases by setting a uniform briefing schedule between them, as well as for defendants that currently have different response dates. The proposed due dates are as follows:

| | | |
|---|---|---|
| | <u>Second Amended Complaint</u> | August 23, 2021 |
| | <u>Defendants USA and Koons Johnson Briefing Schedule</u> | |
| | Motion to Dismiss | September 13, 2021 |
| | Opposition Brief | October 4, 2021 |
| | Reply Brief | October 18, 2021 |
| | <u>Special Agent Defendants Briefing Schedule</u> | |
| | Motion to Dismiss | September 24, 2021 |
| | Opposition Brief | October 18, 2021 |
| | Reply Brief | November 1, 2021 |

Accordingly, the parties respectfully request the Court to enter the proposed order, attached hereto, permitting Plaintiff to file a Second Amended Complaint and entering the proposed briefing schedule.

Dated: August 12, 2021          Respectfully submitted,

                                                TRACY L. WILKISON
                                                Acting United States Attorney
                                                SCOTT M. GARRINGER
                                                Assistant United States Attorney
                                                Chief, Criminal Division

                                                            /s/
                                                ANDREW BROWN
                                                VICTOR A. RODGERS
                                                MAXWELL COLL
                                                Assistant United States Attorneys

                                                Attorneys for Defendants
                                                UNITED STATES OF AMERICA and
                                                TRACY L. WILKISON and KRISTI KOONS
                                                JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

Dated: August 12, 2021          BRIAN M. BOYNTON
                                                Acting Assistant Attorney General,
                                                Civil Division

                                                C. SALVATORE D'ALESSIO, JR.
                                                Acting Director, Torts Branch, Civil
                                                Division

|  |  |
|---|---|
| 1 | RICHARD MONTAGUE |
| 2 | Senior Trial Counsel, Torts Branch, Civil Division |
| 3 | |
| 4 |           /s/ |

```
 1                                   RICHARD MONTAGUE
                                     Senior Trial Counsel, Torts Branch,
 2                                   Civil Division
 3
                                            /s/
 4                                   _____
                                     JOSEPH A. GONZALEZ
 5                                   Trial Attorney, Torts Branch, Civil
                                     Division
 6                                   U.S. DEPARTMENT OF JUSTICE
                                     Ben Franklin Station
 7                                   P.O. Box 7146
                                     Washington, D.C. 20044-714
 8                                   (202) 598-3888 (phone)
                                     (202) 616-4314 (fax)
 9                                   joseph.a.gonzalez&usdoj.gov

10                                   Attorneys for Defendant
                                     KRISTI KOONS JOHNSON, JUSTIN PALMERTON,
11                                   KATHRYN E. BAILY DRESS, DEZMOND
                                     BEVERLY, AND JESSIE MURRAY, in their
12                                   individual capacities
13
14   Dated: August 12, 2021          ISSACS FRIEDBERG LLP
15
                                            /s/
16                                   _____
                                     JEFFREY ISSACS
17                                   WILLIAM WARGO

18                                   Attorneys for Plaintiff
                                     LOUIS LOE
19
20
21
22
23
24
25
26
27
28
                                     4
```