UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>　　　　Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT AND TO SET A BRIEFING SCHEDULE** |

　　　Pursuant to the stipulation between plaintiff Louis Loe and defendants United States of America and Tracy L. Wilkison, Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA"), defendant Kristi Koons Johnson in her individual capacity, and defendants Justin Palmerton, Kathryn E. Baily Dress, Dezmond Beverly, and Jessie Murray in their

individual capacities (collectively "Special Agent Defendants"), and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff is granted leave to file a Second Amended Complaint on or before August 23, 2021 and the following briefing schedule is entered:

<u>Defendant USA and Koons Johnson Briefing Schedule</u>

| | |
|---|---|
| Motion to Dismiss | September 13, 2021 |
| Opposition Brief | October 4, 2021 |
| Reply Brief | October 18, 2021 |

<u>Special Agent Defendants Briefing Schedule</u>

| | |
|---|---|
| Motion to Dismiss | September 24, 2021 |
| Opposition Brief | October 18, 2021 |
| Reply Brief | November 1, 2021 |

Dated: _____     _____
                                   THE HONORABLE R. GARY KLAUSNER
                                   UNITED STATES DISTRICT JUDGE

<u>Presented By</u>:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


            /s/
_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS
JOHNSON IN THEIR OFFICIAL CAPACITY ONLY