BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division
RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
    U.S. DEPARTMENT OF JUSTICE
    Ben Franklin Station
    P.O. Box 7146
    Washington, D.C. 20044-7146
    (202) 598-3888 (phone)
    (202) 616-4314 (fax)
    joseph.a.gonzalez@usdoj.gov

Attorneys for Defendant
KRISTI KOONS JOHNSON in her individual capacity

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**DEFENDANTS AND PLAINTIFF LOUIS LOE'S STIPULATION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER LODGED UNDER SEPARATE COVER** |

    Plaintiff Louis Loe and Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively "Defendant USA"), Defendant Kristi Koons Johnson in her individual capacity, hereby stipulate and agree, by their respective counsel, as follows:

    Plaintiff filed a complaint on April 9, 2021 (docket no. 1), Defendant USA and Defendant Koons Johnson filed Fed. R. Civ. P. 12

motions to dismiss the complaint on July 2, 2021 (docket no. 27), and Plaintiff filed a first amended complaint on July 8, 2021 (docket no. 30), which rendered the motions to dismiss moot (docket no. 31). The parties then filed a stipulation for an extension, to extend the due date for Defendant USA and Defendant Koons Johnson to respond to the First Amended Complaint to August 9, 2021 (docket nos. 25 and 26). The parties then filed for and were granted another brief extension that set the complaint response date for August 16. The point of this extension was to allow the parties time to evaluate how unsealing the search and seizure warrant affidavits at the heart of this case would bear upon the complaint and upcoming motions.

The warrant was unsealed on August 5, 2021 and as a result Plaintiff has determined that he will seek to amend his complaint. On August 12, 2021, the parties filed a stipulation that would allow Plaintiff to file an amended complaint on August 23, 2021 and set a briefing schedule.

The parties jointly agreed on this plan for several reasons. First, it would give Plaintiff time to digest and incorporate the warrant into his allegations. The alternative of moving to dismiss the existing complaint only for Plaintiff to seek to file an amended complaint that would moot the motion to dismiss would be far less efficient. Second, it would create a uniform briefing schedule for the four new individual defendants that currently have different complaint response dates. Finally, the parties agreed to seek the same schedule in *John Joe v. United States, et al.* 2:21-cv-04366, a related case with the same claims. This would substantially streamline the proceedings for both cases by setting a uniform briefing schedule between them.

But as the Court pointed out in declining the stipulation, the stipulation to implement this plan did not comply with Local Rule 15.1. It states that "[a]ny proposed amended pleading must be filed as an attachment to the related motion or stipulation" and yet no amended pleading was filed with the stipulation. The parties apologize to the Court for the error. However, the parties believe that they accomplish the same plan and also comply with Local Rule 15.1 by taking a new tact. Specifically, the parties would now obtain a one week extension for the motion to dismiss date giving them until August 23. Then on August 23 the parties would file a stipulation with the second amended complaint attached (thus complying with 15.1) that would also include the request for the uniform briefing schedule.

Accordingly, the parties respectfully request the Court to enter the proposed order, attached hereto, permitting Defendant USA and Kristi Koons Johnson a one week extension to respond to the First Amended Complaint.

Dated: August 16, 2021        Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

                                       /s/
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division

```
                                    U.S. DEPARTMENT OF JUSTICE
                                    Ben Franklin Station
                                    P.O. Box 7146
                                    Washington, D.C. 20044-714
                                    (202) 598-3888 (phone)
                                    (202) 616-4314 (fax)
                                    joseph.a.gonzalez&usdoj.gov

                                    Attorneys for Defendant
                                    KRISTI KOONS JOHNSON, in her individual
                                    capacity


Dated: August 16, 2021              TRACY L. WILKISON
                                    Acting United States Attorney
                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                              /s/
                                    ─────────────────────────
                                    ANDREW BROWN
                                    VICTOR A. RODGERS
                                    MAXWELL COLL
                                    Assistant United States Attorneys

                                    Attorneys for Defendants
                                    UNITED STATES OF AMERICA and
                                    TRACY L. WILKISON and KRISTI KOONS
                                    JOHNSON IN THEIR OFFICIAL CAPACITY ONLY


Dated: August 16, 2021              ISSACS FRIEDBERG LLP


                                              /s/
                                    ─────────────────────────
                                    JEFFREY ISSACS
                                    WILLIAM WARGO

                                    Attorneys for Plaintiff
                                    LOUIS LOE
```

4