UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>           Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>           Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT** |

   Pursuant to the stipulation between plaintiff Louis Loe and defendants United States of America and Tracy L. Wilkison, Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA"), Defendant Kristi Koons Johnson in her individual capacity, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants are granted an extension to file a

1

response to the First Amended Complaint to on or before August 23.

Dated: August 18, 2021

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:
BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

/s/ *Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division

Attorneys for Defendant KRISTI KOONS JOHNSON in her individual capacity