Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
ISAACS | FRIEDBERG LLP
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:      (213) 929-5550
Facsimile:      (213) 955-5794
Email:     jisaacs@ifcounsel.com
           jfriedberg@ifcounsel.com
           wwargo@ifcounsel.com

Attorneys for Plaintiff LOUIS LOE

COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LOUIS LOE, | Case No. 2:21-cv-03348-RGK-MAR |
|---|---|
| Plaintiff, | **DEFENDANTS AND PLAINTIFF LOUIS LOE'S STIPULATION TO FILE A SECOND AMENDED COMPLAINT AND TO SET A BRIEFING SCHEDULE; SECOND AMENDED COMPLAINT ATTACHED AS EXHIBIT A; [PROPOSED] ORDER LODGED UNDER SEPARATE COVER** |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

Plaintiff Louis Loe and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively "Defendant USA"), defendant Kristi Koons Johnson in her individual capacity, and defendants Justin Palmerton, Kathryn E. Baily Dress, Dezmond Beverly, and Jessie Murray (collectively "Special Agent Defendants") in their individual capacities, hereby stipulate and agree, by their respective counsel, as follows:

Plaintiff filed a complaint on April 9, 2021 (docket no. 1), Defendant USA and Defendant Koons Johnson filed Fed. R. Civ. P. 12

496312.1

motions to dismiss the complaint on July 2, 2021 (docket no. 27), and Plaintiff filed a first amended complaint on July 8, 2021 (docket no. 30), which rendered the motions to dismiss moot (docket no. 31). The parties then filed a stipulation for an extension, to extend the due date for Defendant USA and Defendant Koons Johnson to respond to the First Amended Complaint to August 9, 2021 (docket nos. 25 and 26). The court has extended that date to respond to August 23, 2021. The point of this extension was to allow the parties time to evaluate how unsealing the search and seizure warrant affidavits at the heart of this case would bear upon the complaint and upcoming motions.

The warrant was unsealed on August 5, 2021 and as a result Plaintiff has determined that he will seek to amend his complaint. The parties have discussed the matter and believe that it would be most efficient for Plaintiff to simply file a Second Amended Complaint before the defendants respond to the First Amended Complaint. The Second Amended Complaint is attached hereto as Exhibit A. Additionally, the parties have agreed upon a proposed briefing schedule, which the parties will also seek in the related case *John Joe v. United States, et al.* 2:21-cv-04366. This will streamline the proceedings for both cases by setting a uniform briefing schedule between them, as well as for defendants that currently have different response dates. The proposed due dates are as follows:

<u>Second Amended Complaint</u>           August 23, 2021

<u>Defendants USA and Koons Johnson Briefing Schedule</u>

    Motion to Dismiss                     September 13, 2021

    Opposition Brief                      October 4, 2021

496312.1

|   |   |
|---|---|
| Reply Brief | October 18, 2021 |

Special Agent Defendants Briefing Schedule

|   |   |
|---|---|
| Motion to Dismiss | September 24, 2021 |
| Opposition Brief | October 18, 2021 |
| Reply Brief | November 1, 2021 |

Accordingly, the parties respectfully request the Court to enter the proposed order, attached hereto, permitting Plaintiff to file a Second Amended Complaint and entering the proposed briefing schedule.

Dated: August 23, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS
JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

Dated: August 23, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

496312.1

```
                                  /s/
                         JOSEPH A. GONZALEZ
                         Trial Attorney, Torts Branch, Civil
                         Division
                         U.S. DEPARTMENT OF JUSTICE
                         Ben Franklin Station
                         P.O. Box 7146
                         Washington, D.C. 20044-714
                         (202) 598-3888 (phone)
                         (202) 616-4314 (fax)
                         joseph.a.gonzalez&usdoj.gov

                         Attorneys for Defendant
                         KRISTI KOONS JOHNSON, JUSTIN PALMERTON,
                         KATHRYN E. BAILY DRESS, DEZMOND
                         BEVERLY, AND JESSIE MURRAY, in their
                         individual capacities


Dated: August 23, 2021   ISSACS FRIEDBERG LLP


                                  /s/
                         JEFFREY ISSACS
                         WILLIAM WARGO

                         Attorneys for Plaintiff
                         LOUIS LOE
```

496312.1