UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT AND TO SET A BRIEFING SCHEDULE** |

    Pursuant to the stipulation between plaintiff Louis Loe and defendants United States of America and Tracy L. Wilkison, Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA"), defendant Kristi Koons Johnson in her individual capacity, and defendants Justin Palmerton, Kathryn E. Baily Dress, Dezmond Beverly, and Jessie Murray in their individual capacities (collectively "Special Agent Defendants")

1

496348.1

(the "Stipulation"), and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff is granted leave to file the Second Amended Complaint attached as Exhibit A to the Stipulation, and the following briefing schedule is entered:

<u>Defendant USA and Koons Johnson Briefing Schedule</u>

| | |
|---|---|
| Motion to Dismiss | September 13, 2021 |
| Opposition Brief | October 4, 2021 |
| Reply Brief | October 18, 2021 |

<u>Special Agent Defendants Briefing Schedule</u>

| | |
|---|---|
| Motion to Dismiss | September 24, 2021 |
| Opposition Brief | October 18, 2021 |
| Reply Brief | November 1, 2021 |

Dated: _____

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

<u>Presented By</u>:
Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
ISAACS | FRIEDBERG LLP


_____/s/_____
Jeffrey B. Isaacs
Jerome H. Frieberg
William Wargo
ISAACS | FRIEDBERG LLP
Attorneys for Plaintiff *LOUIS LOE*

2

496348.1