# DECLARATION OF SUPERVISORY SPECIAL AGENT JESSIE MURRAY

I, Supervisory Special Agent Jessie Murray, declare as follows:

1. I am a Supervisory Special Agent with the FBI.

2. The FBI initiated administrative forfeiture proceedings on Asset ID No. 21-FBI-003307, which is $250,100.00 in U.S. Currency in Box 2300, on or about May 20, 2021. However, there was a counterfeit $100.00 bill amongst those funds, so only $250,000.00 in genuine U.S. Currency was inside the box and is the subject of the forfeiture proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on September 7, 2021.

*/s/ Jessie J. Murray*
SSA JESSIE MURRAY