**DECLARATION OF AUSA VICTOR A. RODGERS**

I, Victor A. Rodgers, declare as follows:

1. I am one of the AUSAs representing defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "the government") in this action.

2. I have held conferences of counsel with plaintiff's counsel regarding government motions to dismiss Louis Loe complaints on June 14, 2021 and thereafter with plaintiff's counsel William Wargo, Esq. We have not been able to resolve our differences.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 7, 2021.

                                        /s/
                         AUSA VICTOR A. RODGERS