1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>  Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UNITED STATES OF AMERICA AND TRACY L. WILKISON AND KRISTI KOONS JOHNSON IN THEIR OFFICIAL CAPACITY ONLY'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDITION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |

The motion of Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only to Dismiss the Second Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) came on regularly for hearing before this Court on October 18, 2021.

1  The Court, having considered the papers submitted by the parties, arguments of
2  counsel and all other matters presented to the Court in connection with the motion,
3      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the
4  government's motion is granted.  Plaintiff's second amended complaint is
5  dismissed as to Defendants United States of America and Tracy L. Wilkison and
6  Kristi Koons Johnson in their official capacity only.

7  Dated: _____    _____
8                    THE HONORABLE R. GARY KLAUSNER
                  UNITED STATES DISTRICT JUDGE

11 Presented By:

12 TRACY L. WILKISON
   Acting United States Attorney
13 SCOTT M. GARRINGER
   Assistant United States Attorney
14 Chief, Criminal Division

16     /s/
   _____
17 ANDREW BROWN
   VICTOR A. RODGERS
18 MAXWELL COLL
   Assistant United States Attorneys

20 Attorneys for Defendants
   UNITED STATES OF AMERICA and
21 TRACY L. WILKISON and KRISTI KOONS
   JOHNSON IN THEIR OFFICIAL CAPACITY ONLY