BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division
RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
    U.S. DEPARTMENT OF JUSTICE
    Ben Franklin Station
    P.O. Box 7146
    Washington, D.C. 20044-7146
    (202) 598-3888 (phone)
    (202) 616-4314 (fax)
    joseph.a.gonzalez@usdoj.gov

Attorneys for Defendant
KRISTI KOONS JOHNSON in her individual capacity

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**DEFENDANTS' NOTICE OF CONTINUANCE OF HEARING DATE FROM OCTOBER 18, 2021 TO NOVEMBER 1, 2021 ON DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Old Date:  October 18, 2021<br>New Date: November 1, 2021<br>Time:       9:00 a.m.<br>Courtroom: 850 the Honorable<br>                R. Gary Klausner |

## NOTICE OF CONTINUANCE

Defendant Kristi Koons Johnson in her individual capacity and Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity hereby gives notice that Defendants are continuing the hearing date on their motions to dismiss the second amended complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6) (Docket Nos. 56 & 57) from October 18, 2021 to November 1, 2021. Pursuant to Local Rule 7-9, any opposition to the motions is due 21 days before the new hearing date.

Dated: September 13, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch,
Civil Division

    /s/
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7146
Washington, D.C. 20044-7146
(202) 598-3888 (phone)
(202) 616-4314 (fax)
joseph.a.gonzalez@usdoj.gov

Attorneys for Defendant
KRISTI KOONS JOHNSON, in her individual capacity

| | | |
|---|---|---|
| 1 | Dated: September 13, 2021 | TRACY L. WILKISON |
| 2 | | Acting United States Attorney |
| | | SCOTT M. GARRINGER |
| 3 | | Assistant United States Attorney |
| 4 | | Chief, Criminal Division |
| 5 | |      /s/ |
| 6 | | ANDREW BROWN |
| | | VICTOR A. RODGERS |
| 7 | | MAXWELL COLL |
| 8 | | Assistant United States Attorneys |
| 9 | | Attorneys for Defendants |
| 10 | | UNITED STATES OF AMERICA and |
| | | TRACY L. WILKISON and KRISTI |
| 11 | | KOONS JOHNSON IN THEIR OFFICIAL |
| 12 | | CAPACITY ONLY |

3