BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division
RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
    U.S. DEPARTMENT OF JUSTICE
    Ben Franklin Station
    P.O. Box 7146
    Washington, D.C. 20044-7146
    (202) 598-3888 (phone)
    (202) 616-4314 (fax)
    joseph.a.gonzalez@usdoj.gov

Attorneys for Defendant
KRISTI KOONS JOHNSON in her individual capacity

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>        Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**DEFENDANTS AND PLAINTIFF LOUIS LOE'S STIPULATION TO CONTINUE THE MOTIONS TO DISMISS HEARING DATE TO NOVEMBER 1, 2021; [PROPOSED] ORDER LODGED UNDER SEPARATE COVER** |

      Plaintiff Louis Loe and Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively "Defendant USA") and Defendant Kristi Koons Johnson in her individual capacity, jointly request a continuance of the October 18 hearing date on the motions to dismiss (ECF. Nos. 56 & 57) to November 1. As set forth in more detail below, the request is

supported by good cause because the current hearing date would: (1) force undersigned counsel to cancel a preplanned honeymoon; (2) result in inefficiency; and (3) leave defendants insufficient time to draft a reply.

I. **Procedural History**

Plaintiff filed a complaint on April 9, 2021 (docket no. 1), Defendant USA and Defendant Koons Johnson filed Fed. R. Civ. P. 12 motions to dismiss the complaint on July 2, 2021 (docket no. 27), and Plaintiff filed a first amended complaint on July 8, 2021 (docket no. 30), which rendered the motions to dismiss moot (docket no. 31). The parties then filed a stipulation for an extension, to extend the due date for Defendant USA and Defendant Koons Johnson to respond to the First Amended Complaint to August 9, 2021 (docket nos. 25 and 26). The parties then filed for and were granted another extension that set the complaint response date for August 16, which was yet again briefly extended through stipulation. On August 24 Plaintiff filed his Second Amended Complaint and on September 7 Defendants filed their Motions to Dismiss, setting the hearing date for October 18, 2021. Subsequently, Plaintiff indicated that he would be filing his reply on September 27, which would make the replies due on October 4.  On September 13, 2021, undersigned counsel filed a notice to continue the hearing date to November 1, 2021, which the Court rejected several days later.

II. **Legal Standard**

Rule 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A). "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts."*Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). As a result, this rule should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Id*. This means that "requests for extensions of time made before the applicable deadline has passed should 'normally … be granted in the absence of bad faith on the

part of the party seeking relief or prejudice to the adverse party.'" *Id*. (quoting 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (3d ed. 2004)).

### III. Good Cause Basis

The Parties request a continuance for three reasons. Together these form a "sufficient basis that demonstrates good cause why the change in the date is essential." Judge Klausner Standing Order ¶ 12. First, the undersigned is scheduled to be on his honeymoon in Italy from September 27 through October 3. *See* Gonzalez Decl. ¶ 2, attached hereto. This is the exact same one-week window Defendants would have to draft and file a reply given the current hearing date of October 18. Thus, in order to meet the current reply deadline the undersigned will have to cancel his honeymoon, some of which is non-refundable and was booked in advance of setting the hearing date.[1]

Second, continuing the hearing date would not prejudice the schedule in any way, but would rather increase efficiency. Undersigned counsel intends to file the Motion to Dismiss the remaining five Special Agents defendants next week (which would be earlier than required) and to set the motion hearing for the November 1. Thus, if this request to continue is granted, then all of the motions to dismiss could be argued on the same day.[2]

Finally, even if the undersigned is forced to cancel his honeymoon, allowing just one week for the reply risks unfairness to Defendants. Plaintiff has had many of Defendants' arguments since their June filings and thus has had months to research and craft an opposition. But the Defendants have yet to review Plaintiff's opposition.

---

[1] The undersigned could not have avoided this scenario by setting an earlier hearing date due to a need to accommodate Plaintiff's counsel. Specifically, he explained to Defendants' counsel that he had a death in the family which required him to travel to a memorial service in Colorado during the week of September 6.

[2] The Parties note that next week they anticipate reaching an amicable resolution with respect to the companion case, *John Joe v. U.S.A., et al.*, 2:21-cv-04366 (C.D. Ca). This will result in a joint dismissal and obviate the need for a motions hearing.

3

Extending the hearing date to November 1, 2021 would provide additional time.

      Together these three reasons establish good cause to grant a two week continuance of the hearing date. Accordingly, the parties respectfully request the Court to enter the proposed order, attached hereto, continuing the hearing date to November 1, 2021.

Dated: September 16, 2021          Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Acting Assistant Attorney General,
                                         Civil Division

                                         C. SALVATORE D'ALESSIO, JR.
                                         Acting Director, Torts Branch, Civil
                                         Division

                                         RICHARD MONTAGUE
                                         Senior Trial Counsel, Torts Branch,
                                         Civil Division

                                                  /s/
                                         JOSEPH A. GONZALEZ
                                         Trial Attorney, Torts Branch, Civil Division
                                         U.S. DEPARTMENT OF JUSTICE
                                         Ben Franklin Station
                                         P.O. Box 7146
                                         Washington, D.C. 20044-714
                                         (202) 598-3888 (phone)
                                         (202) 616-4314 (fax)
                                         joseph.a.gonzalez&usdoj.gov

                                         Attorneys for Defendant
                                         KRISTI KOONS JOHNSON, in her individual
                                         capacity

Dated: September 16, 2021          TRACY L. WILKISON
                                         Acting United States Attorney
                                         SCOTT M. GARRINGER
                                         Assistant United States Attorney
                                         Chief, Criminal Division

|  |  |
|---|---|
|  | /s/ |
|  | ANDREW BROWN |
|  | VICTOR A. RODGERS |
|  | MAXWELL COLL |
|  | Assistant United States Attorneys |
|  |  |
|  | Attorneys for Defendants |
|  | UNITED STATES OF AMERICA and |
|  | TRACY L. WILKISON and KRISTI KOONS |
|  | JOHNSON IN THEIR OFFICIAL CAPACITY |
|  | ONLY |

Dated: September 16, 2021        ISSACS FRIEDBERG LLP

                                        /s/
                                JEFFREY ISSACS
                                WILLIAM WARGO

                                Attorneys for Plaintiff
                                LOUIS LOE