# DECLARATION OF DOJ ATTORNEY JOSEPH A. GONZALEZ

I, Joseph A. Gonzalez, declare as follows:

1. I am one of the DOJ attorneys representing the individual capacity defendants in this action.

2. In early August I began planning a honeymoon with my wife to travel to Italy. We are scheduled to arrive in Rome on September 27 and to depart on October 3. If I cancel the trip now I will, at a minimum, lose several thousand dollars in nonrefundable reservations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Washington, D.C. on September 16, 2021.

                                                  /s/
                                     Joseph A. Gonzalez