UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>　　Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE MOTION TO DISMISS HEARING DATE TO NOVEMBER 1, 2021** |

　　Pursuant to the stipulation between plaintiff Louis Loe and defendants United States of America and Tracy L. Wilkison, Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA"), Defendant Kristi Koons Johnson in her individual capacity, and good cause appearing therefor, IT IS HEREBY ORDERED that October 18, 2021 hearing date for the motions to dismiss (ECF Nos. 56 & 57) is continued to November 1, 2021.

```
                              Dated: _____
                              THE HONORABLE R. GARY
                              KLAUSNER
                              UNITED STATES DISTRICT JUDGE
```

Presented By:
BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

/s/ *Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division

Attorneys for Defendant KRISTI KOONS JOHNSON in her individual capacity