UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS LOE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING SPECIAL AGENTS MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

   The motion of Defendants Justin Palmerton, Kathryn E. Bailey Dress, Dezmond Beverly, Jessie Murray, and Lynne K. Zellhart to Dismiss the Second Amended Complaint for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(6) came on regularly for hearing before this Court on November 15, 2021. The Court, having considered the papers

submitted by the parties, arguments of counsel and all other matters presented to the Court in connection with the motion,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' motion is granted. Plaintiff's complaint is dismissed as to Defendants Justin Palmerton, Kathryn E. Bailey Dress, Dezmond Beverly, Jessie Murray, and Lynne K. Zellhart.

Dated: _____        _____
                         THE HONORABLE R. GARY KLAUSNER
                         UNITED STATES DISTRICT JUDGE

<u>Presented By</u>:
BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

<u>/s/ *Joseph A. Gonzalez*</u>
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division

Attorneys for Defendant KRISTI KOONS JOHNSON in her individual capacity