1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS LOE,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA;<br>TRACY L. WILKISON; KRISTI<br>KOONS JOHNSON; JUSTIN<br>PALMERTON; KATHRYN E.<br>BAILEY DRESS; DEZMOND<br>BEVERLY; JESSIE MURRAY;<br>LYNNE K. ZELLHART; and<br>DOE UNIDENTIFIED FEDERAL<br>LAW ENFORCEMENT AGENTS<br>1-10,<br><br>        Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>Hon. R. Gary Klausner<br>Magistrate Judge Margo A. Rocconi<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br><br>Complaint filed:    April 19, 2021<br>SAC filed:        August 24 , 2021<br>Trial date:        None set |

1

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS
SECOND AMENDED COMPLAINT**

The motion of Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only to Dismiss the Second Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) came on regularly for hearing before this Court on October 18, 2021.  The Court, having considered the papers submitted by the parties, arguments of counsel and all other matters presented to the Court in connection with the motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that defendants' motion is DENIED.

Dated: _____

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:

**ISAACS | FRIEDBERG LLP**

_____
Jeffrey B. Isaacs, Esq.
William A. Wargo, Esq.

*Attorneys for Plaintiff Louis Loe*

2

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

499175.1