1
2
3
4
5
6
7
8

9        **UNITED STATES DISTRICT COURT**

10       **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| LOUIS LOE, | Case No. 2:21-cv-03348-RGK-MAR |
| Plaintiff, | Hon. R. Gary Klausner<br>Magistrate Judge Margo A. Rocconi |
| vs. | |
| UNITED STATES OF AMERICA;<br>TRACY L. WILKISON; KRISTI<br>KOONS JOHNSON; JUSTIN<br>PALMERTON; KATHRYN E.<br>BAILEY DRESS; DEZMOND<br>BEVERLY; JESSIE MURRAY;<br>LYNNE K. ZELLHART; and<br>DOE UNIDENTIFIED FEDERAL<br>LAW ENFORCEMENT AGENTS<br>1-10, | **[PROPOSED] ORDER DENYING<br>DEFENDANT KRISTI KOONS<br>JOHNSON'S (INDIVIDUAL<br>CAPACITY ONLY) MOTION TO<br>DISMISS THE SECOND AMENDED<br>COMPLAINT FOR FAILURE TO<br>STATE A CLAIM UPON WHICH<br>RELIEF CAN BE GRANTED<br>PURSUANT TO FED. R. CIV.<br>P. 12(b)(6)** |
| Defendants. | |
| | Complaint filed:    April 19, 2021<br>SAC filed:            August 24 , 2021<br>Trial date:            None set |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**[PROPOSED] ORDER DENYING DEFENDANT KRISTI KOONS
JOHNSON'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

499238.1

1    The motion of Defendant Kristi Koons Johnson (in her individual capacity

2   only) to Dismiss the Second Amended Complaint for Failure to State a Claim Upon

3   Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(6) came on

4   regularly for hearing before this Court on October 18, 2021.  The Court, having

5   considered the papers submitted by the parties, arguments of counsel and all other

6   matters presented to the Court in connection with the motion,

7    IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's

8   motion is DENIED.

9

10   Dated: _____

     _____
     THE HONORABLE R. GARY KLAUSNER
11   UNITED STATES DISTRICT JUDGE

12

13

14   Presented By:

15   **ISAACS | FRIEDBERG LLP**

16

17

18   _____
     Jeffrey B. Isaacs, Esq.
19   William A. Wargo, Esq.

20   *Attorneys for Plaintiff Louis Loe*

21

22

23

24

25

26

27

28

2

**[PROPOSED] ORDER DENYING DEFENDANT KRISTI KOONS
JOHNSON'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

499238.1