**DECLARATION OF AUSA VICTOR A. RODGERS**

I, Victor A. Rodgers, declare as follows:

1. I am one of the AUSAs representing defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "the government") in this action.

2. The government served the forfeiture complaint on plaintiff on September 30, 2021 in <u>United States of America v. $250,000.00 in U.S. Currency</u>, Case No. 2:21-cv-07188-RGK(MARx).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 4, 2021.

/s/
AUSA VICTOR A. RODGERS