UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:21–cv–03348–RGK–MAR | Date | 10/4/2021 |
|---|---|---|---|
| Title | LOUIS LOE V. UNITED STATES OF AMERICA ET AL | | |

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Jeffrey Isaacs
Will Wargo

Attorneys Present for Defendants:

Joseph Gonzalez, DOJ
Victor Rodgers, AUSA

**Proceedings:**   **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 4–5 days): | June 14, 2022 at 09:00 AM |
| Pretrial Conference: | May 23, 2022 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | March 23, 2022 |
| Discovery Cut-Off Date (fact discovery): | March 9, 2022 |

Last day to amend the complaint or add parties is 11/5/2021. The parties shall participate in ADR 1 – Magistrate Judge.

**IT IS SO ORDERED.**

:02
Initials of Preparer: sw