# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS LOE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA; TRACY L. WILKISON; KRISTI KOONS JOHNSON; JUSTIN PALMERTON; KATHRYN E. BAILEY DRESS; DEZMOND BEVERLY; JESSIE MURRAY; LYNNE K. ZELLHART; and DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10,<br><br>　　　　Defendants. | Case No. 2:21-cv-03348-RGK-MAR<br><br>Hon. R. Gary Klausner<br>Magistrate Judge Margo A. Rocconi<br><br>**[PROPOSED] ORDER DENYING THE DEFENDANT SPECIAL AGENTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Complaint filed:　April 19, 2021<br>SAC filed:　　　August 24 , 2021<br>Trial date:　　　None set |

1  The motion of Defendants Justin Palmerton, Kathryn E. Bailey Dress, Dezmond Beverly, Jessie Murray, and Lynne K. Zellhart to dismiss came on regularly for hearing before this Court on November 15, 2021.  The Court, having considered the papers submitted by the parties, arguments of counsel and all other matters presented to the Court in connection with the motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that defendants' motion is DENIED.

Dated: _____

                                                      THE HONORABLE R. GARY KLAUSNER
                                                      UNITED STATES DISTRICT JUDGE

Presented By:

**ISAACS | FRIEDBERG LLP**

Jeffrey B. Isaacs, Esq.
William A. Wargo, Esq.

*Attorneys for Plaintiff Louis Loe*

**[PROPOSED] ORDER DENYING DEFENDANT SPECIAL AGENTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

501714.1