# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CENTRAL CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **2:21-cv-03348-RGK-MAR**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **04/19/2021**

Date of judgment or order you are appealing: **12/07/2021**

Docket entry number of judgment or order you are appealing: **76**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
- ● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Louis Loe

Is this a cross-appeal?   ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: *[signed]*    Date: Dec 30, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 12/01/2021

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Louis Loe

Name(s) of counsel (if any):

Jeffrey B. Isaacs
ISAACS | FRIEDBERG LLP

Address: 555 South Flower St., Suite 4250, Los Angeles CA 90071

Telephone number(s): 213-929-5550

Email(s): jisaacs@ifcounsel.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

United States of America; Tracy L. Wilkinson, in her official capacity; Kristi Koons Johnson, in her official capacity

Name(s) of counsel (if any):

Victor A. Rodgers
Assistant United States Attorney
U.S. Attorney's Office for the Central District of California

Address: 312 N. Spring St., 14th Floor, Los Angeles CA 90012

Telephone number(s): 213-894-2569

Email(s): Victor.Rodgers@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                    1                        *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

In their individual capacities: Kristi Koons Johnson; Justin Palmerton; Kathryn E. Baily Dress; Dezmond Beverly; Jessie Murray; and Lynne E. Zellhart

Name(s) of counsel (if any):

Joseph A. Gonzalez
U.S. Dept. of Justice, Trial Attorney, Torts Branch, Civil Division

Address: Ben Franklin Station, P.O. Box 7146, Washington, D.C. 20044-7146

Telephone number(s): 202-598-3888

Email(s): joseph.a.gonzalez@usdoj.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*